# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       Case No. 03-CR-67

JEREMY FISH,

        Defendant.

## STATEMENT ON RESENTENCING

This case is before me for a limited remand pursuant to *United States v. Paladino*, 401 F.3d 471, 481-84 (7th Cir. 2005). The court has considered the statements of counsel concerning resentencing. Based upon this court's own review of the file, including the statements of counsel, the court is satisfied that it would not have sentenced the defendant differently had it known that the sentencing guidelines were advisory. As the court noted at the time of sentencing, given the seriousness of the offense, a sentence of thirty-seven months imprisonment was the least the court could reasonably impose.

Dated this   20th   day of June, 2005.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge